UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 26, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA DEL SOCORRO MADRIGAL,<br><br>　　　　　Defendant. | Case No.   2:23-mj-00095-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARIA DEL SOCORRO MADRIGAL , Case No.  2:23-mj-00095-DB , Charge 18 U.S.C. § 3606, from custody for the following reasons:

　　　____  Release on Personal Recognizance

　　　____  Bail Posted in the Sum of $ _____

　　　　　____  Unsecured Appearance Bond $ _____

　　　　　____  Appearance Bond with 10% Deposit

　　　　　____  Appearance Bond with Surety

　　　　　____  Corporate Surety Bail Bond

　　　　　__X__  (Other): Defendant to be released at 9:00 AM on 6/27/2023.

Issued at Sacramento, California on June 26, 2023 at 2:44 PM

　　　　　　　　　　　　　By:　　/s/ Carolyn K. Delaney

　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney